M. P. No. 77-102. PHYLLIS JUNE VLASATY *v.* STATE BOARD OF ELECTIONS *et al.* This case is assigned to the calendar for April 18, 1977, at 9:30 a.m., for oral argument.

The briefs of all parties shall be filed by April 15, 1977. If a reply brief is necessary, it may be filed on April 18, 1977, previous to oral argument. *Richard P. D'Addario,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille,* for respondents.